IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KATHLEEN SHUCK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 22-cv-03127 |
| MARTIN O'MALLEY[1], Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## OPINION

**COLLEEN R. LAWLESS, United States District Judge:**

This matter comes before the Court on Petitioner Meredith E. Marcus's Petition for Attorney Fee pursuant to 42 U.S.C. § 406(b). (Doc. 22). In light of the fact that there is no objection, Petitioner's Motion (Doc. 22) is GRANTED. According to the Motion and supporting attachments, on remand Plaintiff was awarded $113,785.00 in past-due benefits and counsel's fee agreement calls for a fee of 25% for work in federal court. In accordance with counsel's fee agreement signed by Plaintiff, fees are authorized pursuant to 42 U.S.C. § 406(b) in the gross amount of $28,446.25, which represent 25% of the award of Plaintiff's past due benefits. Counsel may retain the $11,475.98 in fees previously awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, in partial satisfaction of the § 406(b) award. Therefore, Plaintiff's counsel, Meredith E. Marcus, is awarded fees pursuant to 42 U.S.C. § 406(b) in the net amount of $16,970.27, which represents the

---

[1] Martin O'Malley has been substituted for Kilolo Kijakazi. Fed. R. Civ. P. 25(d).

balance after the EAJA offset, payable by the Social Security Administration from Plaintiff's past-due benefits

ENTER: May 2, 2024

/s/ Colleen R. Lawless
COLLEEN R. LAWLESS
UNITED STATES DISTRICT JUDGE